IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 3:15-CR-25 (JCH) |
| | : | |
| | : | |
| BRETT C. LILLEMOE, et al. | : | March 15, 2016 |

### DEFENDANT PABLO CALDERON'S MOTION ON CONSENT
### TO MODIFY BAIL CONDITIONS

Defendant Pablo Calderon, by counsel, hereby moves this Honorable Court to modify the conditions of bail set on March 16, 2015 as they pertain to his travel restrictions. In support of this motion, Mr. Calderon states as follows:

1. Mr. Calderon was arraigned on March 16, 2015. He was released on unsecured bond in the amount of $250,000. Mr. Calderon lives in Connecticut and is currently being supervised by U.S. Probation Officer Patrick Norton in Connecticut.

2. Under his conditions of bail, Mr. Calderon is required to remain in the State of Connecticut, except to travel to New York and Washington, D.C. for the purposes of meetings with his counsel or Court appearances.

3. Mr. Calderon requests a modification of the conditions of his release so that he may travel to Detroit, Michigan in April 2016 to chaperone his son Alberto's Principles of Engineering Class in the Shell Eco-Marathon competition. His son was selected as the pilot for the Darien High School team. The trip would take place from April 20-24, 2016.

4. Probation Officer Norton confirmed that Mr. Calderon is in compliance with all of his conditions of bail, and that he has no objection to the proposed travel.

5.Assistant U.S. Attorney Michael McGarry has been advised of this motion and has no objection as long as Mr. Calderon remains in compliance with bail conditions.

For these reasons, Mr. Calderon respectfully requests that the Court modify the conditions of release such that Mr. Calderon may travel to Detroit, Michigan between April 20 and 24, 2016.

Respectfully submitted,

/s/
DOUGLAS TWEEN
Bar # CT28891
Linklaters, LLP
1345 Avenue of the Americas
New York, NY 10105
212.903.9000
douglas.tween@linklaters.com
Attorney for Defendant Pablo Calderon

CERTIFICATE OF SERVICE

      I, Douglas Tween, counsel for defendant Pablo Calderon, hereby certify that on this 15th day of March 2016, I caused a true and correct copy of the foregoing Motion on Consent to Modify Bail Conditions to be served by the Court's electronic notification system upon:

      Michael S. McGarry
      Assistant United States Attorney
      U.S. Attorney's Office-NH
      157 Church St., 25th floor
      New Haven, CT 06510
      Michael.McGarry@usdoj.gov

        and

      John H. Durham
      U.S. Attorney's Office -NH
      157 Church St., 23rd floor
      New Haven, CT 06510
      john.durham@usdoj.gov

                            /s/ _____
                            DOUGLAS TWEEN
                            Bar # CT28891
                            Linklaters, LLP
                            1345 Avenue of the Americas
                            New York, NY 10105
                            212.903.9000
                            douglas.tween@linklaters.com
                            Attorney for Defendant Pablo Calderon