IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | CRIMINAL NO. 3:15-CR-25 (JCH) |
| | : | |
| | : | |
| **BRETT C. LILLEMOE, et al.** | : | |

## ORDER

**AND NOW**, on this _____ day of _____, 2016, upon consideration of Defendant Pablo Calderon's Consent Motion to Modify Bail Conditions, it is hereby

**ORDERED**

that said Motion is **GRANTED**.

The Order Setting Conditions of Release dated March 6, 2015 is modified to allow Mr. Calderon to travel to Detroit, Michigan between April 20 and 24, 2016. All other conditions remain the same.

BY THE COURT:

_____
**HON. JANET C. HALL**
**United States District Judge**