IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| v. | : | CRIMINAL NO. 3:15-CR-25 (JCH) |
| | : | |
| | : | |
| **BRETT C. LILLEMOE, et al.** | : | May 12, 2017 |

### DEFENDANT PABLO CALDERON'S MOTION ON CONSENT TO MODIFY BAIL CONDITIONS

Defendant Pablo Calderon, by counsel, hereby moves this Honorable Court to modify the conditions of bail set on March 16, 2015 as they pertain to his travel restrictions. In support of this motion, Mr. Calderon states as follows:

1. Mr. Calderon was arraigned on March 16, 2015. He was released on unsecured bond in the amount of $250,000. Mr. Calderon lives in Connecticut and is currently being supervised by U.S. Probation Officer Patrick Norton in Connecticut.

2. Under his conditions of bail, Mr. Calderon is required to remain in the State of Connecticut, except to travel to New York and Washington, D.C. for the purposes of meetings with his counsel or Court appearances.

3. Mr. Calderon requests a modification of the conditions of his release so that he may travel to Chicago, Illinois, to meet with attorney Carter Klein of Jenner & Block on May 17, 2017, to discuss matters pertaining to his defense in the instant case.

4. Probation Officer Norton confirmed that Mr. Calderon is in compliance with all of his conditions of bail, and that he has no objection to the proposed travel.

5. Assistant U.S. Attorney Michael McGarry has been advised of this motion and has no objection as long as Mr. Calderon remains in compliance with bail conditions.

For these reasons, Mr. Calderon respectfully requests that the Court modify the conditions of release such that Mr. Calderon may travel to Illinois between May 16 and 17, 2017.

        Respectfully submitted,
        Linklaters LLP

By:   */s/ Douglas M. Tween*
Douglas M. Tween
Bar # CT28891
Kate Z. Machan
Linklaters, LLP
1345 Avenue of the Americas
New York, NY 10105
(212) 903-9072
douglas.tween@linklaters.com

*Attorneys for Defendant Pablo Calderon*

## CERTIFICATE OF SERVICE

      I, Kate Z. Machan, counsel for defendant Pablo Calderon, hereby certify that on May 12, 2017, I caused a true and correct copy of the foregoing Motion on Consent to Modify Bail Conditions to be served by the Court's electronic notification system upon:

Michael S. McGarry

U.S. Attorney's Office – NH
157 Church Street
New Haven, CT 06510
(203) 821-3751
michael.mcgarry@usdoj.gov

John H. Durham
U.S. Attorney's Office – NH
157 Church Street
New Haven, CT 06510
(203) 821-3751
john.durham@usdoj.gov

John T. Pierpont, Jr.
U.S. Attorney's Office – NH
157 Church Street
New Haven, CT 06510
(203) 821-3751
john.pierpont@usdoj.gov

                                                  */s/ Kate Z. Machan*
                                                     Kate Z. Machan