AO 245A  (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

DISTRICT OF  CONNECTICUT

UNITED STATES OF AMERICA

V.

Pablo Calderon

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 3:15CR25 (JCH)

```
The defendant was found not guilty on counts 2, 3, 4, 5, 7, 8, 9, 10, 11,
12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, and 23 of the Indictment.  IT IS
ORDERED that the defendant is acquitted as to counts 2, 3, 4, 5, 7, 8, 9,
10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, and 23 of the
Indictment.
```

/s/Janet C. Hall
Signature of Judge

| Janet C. Hall | U.S. District Judge |
|---|---|
| Name of Judge | Title of Judge |

6/14/2017
Date