Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

## United States District Court

for the _____ District of **Connecticut** _____

FILED
2017 JUN 21 AM 10 45
U.S. DISTRICT COURT

Caption:
**United States of America** v.

**Pablo Calderon**

Docket No.: **15-CR-25**
**Honorable Janet C. Hall**
(District Court Judge)

Notice is hereby given that **Pablo Calderon** appeals to the United States Court of Appeals for the Second Circuit from the judgment ✓, other _____
(specify)
entered in this action on **14th day of June 2017**
(date)

This appeal concerns: Conviction only [ ]  Sentence only [ ]  Conviction & Sentence [✓]  Other [ ]

Defendant found guilty by plea [ ]  | trial [✓] | N/A [ ]

Offense occurred after November 1, 1987? Yes [✓] | No [ ]  N/A [ ]

Date of sentence: **June 13, 2017**  N/A [ ]

Bail/Jail Disposition: Committed [✓]  Not committed [ ]  | N/A [ ]

Surrender date set no sooner than January 10, 2018 and no later than January 22, 2018.

Appellant is represented by counsel? Yes [✓] | No [ ]  If yes, provide the following information:

| | |
|---|---|
| Defendant's Counsel: | Douglas M. Tween |
| Counsel's Address: | Linklaters LLP |
| | 1345 Avenue of the Americas, New York, NY 10105 |
| Counsel's Phone: | 212-903-9072 |
| Assistant U.S. Attorney: | Michael S. McGarry, John H. Durham, John Pierpont |
| AUSA's Address: | U.S. Attorney's Office |
| | 157 Church Street, 23rd Floor, New Haven, CT 06510 |
| AUSA's Phone: | 203-821-3751 |

Signature