United States District Court
District of Connecticut

UNITED STATES OF AMERICA
    *Plaintiff,*
  v.                                        Docket No. 3:15cr25(JCH)

BRETT C. LILLEMOE,                NOTICE OF APPEAL
PABLO CALDERON,
    *Defendants.*

Notice is hereby given that UNITED STATES OF AMERICA, plaintiff, in the above-named case, hereby appeals to the United States Court of Appeals for the Second Circuit the sentences of defendants, Lillemoe and Calderon imposed on June 13, 2017, embodied in the written judgment entered on June 14, 2017, and the orders of money judgment forfeiture entered in this action on the 13th day of June 2017.

                                          /s/*Michael S. McGarry*
                                          MICHAEL S. McGARRY
                                          Assistant United States Attorney
                                          Attorney for United States of America
                                          157 Church St., 25th Floor
                                          New Haven, CT 06510
                                          Tel. 203-821-3700
                                          Federal Bar No. ct25713
                                          [michael.mcgarry@usdoj.gov](mailto:michael.mcgarry@usdoj.gov)

## CERTIFICATION

I hereby certify that on July 20, 2017, a copy of the foregoing was filed electronically with the court and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

        */s/Michael S. McGarry*
        MICHAEL S. McGARRY
        ASSISTANT UNITED STATES ATTORNEY