Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

## United States District Court

for the _____ District of __Connecticut__

Caption:

__United States of America__ v.

__Pablo Calderon__

Docket No.: __15-CR-25__

__Honorable Janet C. Hall__
(District Court Judge)

Notice is hereby given that __Pablo Calderon__ appeals to the United States Court of Appeals for the Second Circuit from the judgment ___, other [✓] __order of restitution__
(specify)

entered in this action on __September 11, 2017__
(date)

This appeal concerns: Conviction only |___|   Sentence only |___|   Conviction & Sentence |___|   Other [✓]

Defendant found guilty by plea |___|   | trial |✓|   | N/A |___|

Offense occurred after November 1, 1987?  Yes |✓|   No |___|   N/A |___|

Date of sentence: __June 13, 2017__   N/A |___|

Bail/Jail Disposition: Committed |✓|   Not committed |___|   | N/A |___|

Surrender date set no sooner than January 10, 2018 and no later than January 22, 2018.

FILED 2017 SEP 14 AM 10 41 U.S. DISTRICT COURT NEW HAVEN, CT.

Appellant is represented by counsel?  Yes ✓   | No |   If yes, provide the following information:

| | |
|---|---|
| Defendant's Counsel: | Douglas M. Tween |
| Counsel's Address: | Linklaters LLP |
| | 1345 Avenue of the Americas, New York, NY 10105 |
| Counsel's Phone: | 212-903-9072 |
| Assistant U.S. Attorney: | Michael S. McGarry, John H. Durham, John Pierpont |
| AUSA's Address: | U.S. Attorney's Office |
| | 157 Church Street, 23rd Floor, New Haven, CT 06510 |
| AUSA's Phone: | 203-821-3751 |

_(signature)_

Signature