# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL NO. 3:15-CR-25 (JCH) |
| v. : | |
| : | January 17, 2019 |
| BRETT C. LILLEMOE et al. : | |

## MOTION TO WITHDRAW AS COUNSEL FOR PABLO CALDERON

Thomas J. Luz respectfully moves this Court for permission to withdraw his appearance on behalf of Defendant Pablo Calderon in the captioned action. In support of said Motion, the undersigned states as follows:

1. Since September 1, 2016, I have represented the Defendant as local counsel in the captioned action.

2. Mr. Calderon has advised me that he wishes to represent himself *pro se* before this Court. I have no objection to this proposal.

3. Earlier this week, lead counsel for Mr. Calderon, Linklaters LLP, moved to withdraw as his attorneys for the same reason – Mr. Calderon feels he would be better served acting *pro se*.

4. The Court granted Linklaters' Motion to Withdraw at Dkt. No. 570. The same reasoning applies on this motion.

WHEREFORE, my motion to withdraw as counsel for the Defendant Pablo Calderon should be granted.

Respectfully submitted,

January 17, 2019

                                                        /s/   Thomas J. Luz

Thomas J. Luz, Esq.
KLG Luz & Greenberg LLP
211 East 43rd Street, 24th Floor
New York, New York 10017
(212) 681-8313
tluz@karalaw.com
*Attorney for Defendant Pablo Calderon*

# CERTIFICATE OF SERVICE

I, Thomas J. Luz, hereby certify that on January 17, 2019, I caused a true and correct copy of the foregoing MOTION TO WITHDRAW AS COUNSEL FOR PABLO CALDERON was filed electronically. The foregoing Motion will be served by the Court's electronic notification system upon:

Michael S. McGarry
U.S. Attorney's Office – NH
157 Church Street
New Haven, Connecticut 06510
michael.mcgarry@usdoj.gov

John T. Pierpont, Jr.
U.S. Attorney's Office – NH
157 Church Street
New Haven, Connecticut 06510
john.pierpont@usdoj.gov

Christine Sciarrino, Esq.
U.S. Attorney's Office – NH
157 Church Street
New Haven, CT 06510
christine.sciarrino@usdoj.gov

/s/   Thomas J. Luz
Thomas J. Luz, Esq.