# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

**FILED**

2019 JAN 17 A 11: 48

U.S. DISTRICT COURT
NEW HAVEN, CT.

**United States of America** , Plaintiff

v.

**Lillemoe et al. (Calderon)** , Defendant

Case No.
15-cr-25

## Consent to Electronic Notice by Self-Represented Defendant

A.
I, Pablo Calderon, hereby consent to the court using my email address, as listed below, for the purpose of sending me notification of orders and notices issued by the court.

B.
I, Pablo Calderon, hereby consent to opposing counsel using my email address, as listed below, for the purpose of sending me papers filed with the court.

In the event I change my email provider or discontinue my email service, I will notify the court immediately of the address change so my court records may be updated.

Pablo Calderon
7 Old Parish Rd
Darien, CT 06820
Telephone: 203-613-6748
Email: sxallc@gmail.com

Date: January 16, 2019

Pablo Calderon
*Pro Se*

## Certificate of Service

I, Pablo Calderon, hereby certify that on January 16, 2019, a copy of the foregoing "Consent to Electronic Notice by Self-Represented Defendant" was mailed by US Postal Service to the Clerk's Office in the New Haven Courthouse. I further certify that all the parties required to be served will be served through this Court's electronic filing system when this Motion is filed by the Clerk's Office.

*[signature]*

Pablo Calderon
*Pro Se*

January 19, 2019