UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **United States of America** | , Plaintiff | |
| v. | Case No. 15-cr-25 | |
| **Lillemoe et al. (Calderon)** | , Defendant | |

**FILED**
2019 JAN 17 A 11: 48
U.S. DISTRICT COURT
NEW HAVEN, CT.

## Motion by Self-Represented Defendant to Participate in Electronic Filing

I am a Defendant Pablo Calderon in this criminal action. I have filed an appearance as a self-represented litigant, and I hereby request permission to file documents electronically. In so doing, I consent to the court and opposing counsel using my email address, as listed below, for the purpose of sending me electronic notification of orders, notices, and other documents that are filed in my case. I understand that hard copies will no longer be issued by the court or opposing counsel. I understand that if my motion is granted, I must complete the Court's required training class on electronic filing for self-represented litigants and register for a PACER account, before I can actually begin filing documents electronically. I certify that I can comply with the following requirements:

- A computer with access to the internet.
- Mozilla Firefox (Version 64.0)
- Adobe Acrobat 9 Standard
- Ability to create PDF files.
- An upgraded PACER account.

Pablo Calderon
7 Old Parish Rd
Darien, CT 06820
Telephone: 203-613-6748
Email: sxallc@gmail.com

Date: January 16, 2019

Pablo Calderon
*Pro Se*

**Certificate of Service**

    I, Pablo Calderon, hereby certify that on January 16, 2019, a copy of the foregoing "Motion by Self-Represented Defendant to Participate in Electronic Filing:" was mailed by US Postal Service to the Clerk's Office in the New Haven Courthouse. I further certify that all the parties required to be served will be served through this Court's electronic filing system when this Motion is filed by the Clerk's Office.

_____
Pablo Calderon
*Pro Se*

January 16, 2019