UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION NO. |
| v. | : | 3:15CR25 (JCH) |
| | : | |
| PABLO CALDERON, | : | |
| Defendant. | : | MARCH 10, 2022 |

**ORDER RE: MOTION TO MODIFY CONDITIONS OF RELEASE (DOC. NO. 665)**

On February 18, 2022, defendant, Pablo Calderon, filed a Motion to Modify Conditions of Release (Doc. No. 665).  The Motion is granted over objection.  The defendant seeks to modify the conditions of his supervised release to permit him to travel to Argentina and Uruguay.   The U.S. Probation Office has indicated to the court that it has no specific concerns permitting such travel to Argentina and Uruguay.  The government has opposed the Motion.  Response/Reply (Doc. No. 666).   In its Response to the Motion, the government has raised an objection suggesting the defendant's position seeking this modification is inconsistent with his position at sentencing.  The defendant has addressed this in his Reply letter (Doc. No. 668).

The defendant has addressed the government's argument raised in its Response about representations made by the defendant in connection with his sentencing request for a sentence of probation.  Part of the defendant's argument for such a sentence rested on ████████████████████████████████████████████████████ who at the time had certain conditions which made maintaining that relationship important.  The defendant points out correctly that he was facing a multiple year sentence recommendation, which would raise issues with his ability ██████████████  It was for that, and other reasons, that the defendant received the sentence that was

imposed. Also, the defendant points out that the information provided at the time of sentencing about ▮▮▮▮▮▮▮▮▮▮ is now about five years old. The defendant reports in his Reply that ▮▮▮▮▮▮▮▮▮▮ and that the period of separation requested here (approximately three- weeks) is not in the magnitude of the sentence sought by the government against the defendant at the time of sentencing.

    Therefore, the court grants the defendant's Motion to travel to both destinations, for a three-week period, subject to the defendant providing detailed travel and lodging information ahead of his trip to the U.S. Probation Office.

**SO ORDERED.**

    Dated at New Haven, Connecticut this 10th day of March, 2022.

/s/ Janet C. Hall
Janet C. Hall
United States District Judge